47 A.3d 1179

Dina ZLOCZOWER

v.

OFFICE OF OPEN RECORDS (PENNSYLVANIA STATE POLICE).

Petition of Pennsylvania State Police.

Supreme Court of Pennsylvania.

July 9, 2012.

366

## ORDER

PER CURIAM.

AND NOW, this 9th day of July, 2012, the Petition for Allowance of Appeal and the Application to Amend Case Caption are DENIED.